IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBIN FEUERSTAHLER,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

　　　　　　　　　　　　　　　　　　　　Case No. 16-cv-111-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

　　　This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

　　　IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Robin Feuerstahler attorney fees and costs in the amount of $4,795 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


| s/ V. Olmo, Deputy Clerk | 9/09/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |