IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANA DUNCAN,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-111-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding Attorney Dana Duncan attorney fees in the amount of $5,893.50 under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

| s/ V. Olmo, Deputy Clerk | 5/11/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |